### STATE of Maine

### v.

### Donald DAIGLE.

Supreme Judicial Court of Maine.

Argued March 15, 1988.
Decided March 18, 1988.

R. Christopher Almy, Dist. Atty., Philip Worden (orally) Gregory Campbell, Asst. Dist. Attys., Bangor, for plaintiff.

Marvin Glazier (orally), Vafiades, Brountas & Kominsky, Bangor, for defendant.

Before McKUSICK, C.J., and
NICHOLS, WATHEN, GLASSMAN, SCOLNIK, and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

In this prosecution for operating while under the influence, 29 M.R.S.A. § 1312–B (Supp.1987), the District Court (Bangor) ordered suppression of all evidence acquired as a result of a police officer's stop of an automobile driven by Donald Daigle on Indian Island on June 13, 1987. Contrary to the State's contention on its direct appeal pursuant to 15 M.R.S.A. § 2115–A(1) (1980), the record before us does not establish any reversible error on the part of the motion judge in either finding the facts or applying the law.

The entry is:

Judgment affirmed.

All concurring.